# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0941
L.T. Case No. 05-2015-CF-18643-A

_____

JENNIFER ROSE TRENT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Jennifer Rose Trent, Ocala, pro se.

No Appearance for Appellee.

May 27, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____